# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

<u>VIA ECF</u>
Catherine O'Hagan Wolfe
Clerk of Court
Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Keith Raniere</u>, Docket Nos. 20-3789; 20-3520

Dear Clerk of Court:

    On December 3, 2020, Counsel moved to withdraw as counsel for Appellant Keith Raniere and requested that this Court appoint CJA counsel to replace me. (Dkt. 25.)

    Mr. Raniere has retained Jennifer Bonjean, Esq., of Bonjean Law Group, PLLC, 467 St. Johns Place, Brooklyn, New York 11238, to represent him during the pendency of the appeal. Ms. Bonjean intends to promptly file a notice of appearance. Therefore, Counsel seeks to withdraw as counsel and withdraws the motion for this Court to appoint CJA counsel.

    Respectfully,

Marc A. Agnifilo, Esq.
**Brafman & Associates, P.C.**
256 Fifth Ave
New York, NY 10001
(212) 750-7800